1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PALLESON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC<br>CORPORATION,<br><br>　　　　Defendant. | Case No. 21-CV-1037-MMA-RBB<br><br>Hon. Michael M. Anello<br>Courtroom 3D<br><br>Magistrate Judge Hon. Ruben B. Brooks<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[ECF NO. 30]**<br><br>SAC filed:　　May 2, 2022<br>Answer filed:　May 16, 2022 |

    Defendant Boston Scientific Corporation ("Boston Scientific") and Plaintiff Sarah Palleson ("Plaintiff," and together, the "Parties") jointly move this Court to continue the Early Neutral Evaluation Conference set for June 15, 2022. Having considered the Parties' Joint Motion, and for good cause shown, the Court hereby orders as follows:

    The Parties' Joint Motion is GRANTED. The Early Neutral Evaluation Conference previously set for June 15, 2022, is continued to **August 17, 2022, at 8:30 a.m.**, via Zoom videoconference. Early Neutral Evaluation Conference briefs consistent with the direction in the Court's May 18, 2022 Order Setting Early Neutral Evaluation Conference and Case Management Conference [ECF No. 29] are to be submitted by no later than August 10, 2022. The Court will email the Zoom meeting information to counsel of record prior to the conference date.

    The Case Management Conference set for **June 15, 2022, at 8:30 a.m**. will remain on calendar. The conference will be held by telephone with counsel only. Counsel should dial in to the Court's teleconference line (877-336-1829, access code 1944316) to participate in the conference.

    **IT IS SO ORDERED.**

DATED: June 3, 2022

_Ruben Brooks_
Hon. Ruben B. Brooks
United States Magistrate Judge